**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

PATRICIA PICK,

   Plaintiff,

v.                                            CASE NO.:  6:19-CV-00678-ADA-JCM

CONN APPLIANCES, INC.,

   Defendant.

_____/

**NOTICE OF SETTLEMENT**

     Plaintiff, PATRICIA PICK, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 28th day of May, 2020 a true and correct copy of the foregoing has been furnished via electronic mail via the court's CM/ECF system to the following:

*All counsel of record.*

                                          ***/s/ Octavio Gomez***
                                          Octavio Gomez, Esquire
                                          Florida Bar No.: 0338620
                                          Georgia Bar No.: 617963
                                          Pennsylvania Bar # 3255066
                                          Morgan & Morgan Tampa, P.A.
                                          201 N. Franklin Street, Suite 700
                                          Tampa, Florida 33602
                                          Telephone: (813) 223-5505
                                          Facsimile: (813) 983-2889
                                          Primary Email: TGomez@ForThePeople.com
                                          Secondary Email: DGagliano@ForThePeople.com
                                          *Attorney for Plaintiff*