# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

PATRICIA PICK,

    Plaintiff,                                    CASE NO.: 6:19-CV-00678-ADA-JCM

v.

CONN APPLIANCES, INC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, AS TO CONN APPLIANCES, INC.

**COMES NOW** the Plaintiff, PATRICIA PICK, and the Defendant, CONN APPLIANCES, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 20th day of September, 2021.

| | |
|---|---|
| **/s/ Octavio "Tav" Gomez** | **/s/Michael A. Harvey** |
| Octavio "Tav" Gomez | Michael A. Harvey |
| Florida Bar No.: 0338620 | mharvey@munsch.com |
| Morgan & Morgan, Tampa, P.A. | Christopher M. Jordan |
| 201 N. Franklin Street, Suite 700 | cjordan@munsch.com |
| Tampa, Florida 33602 | Earl L. Ingle |
| Telephone: 813-318-5176 | eingle@munsch.com |
| Facsimile: (813) 222-4797 | Munsch Hardt Kopf & Harr, P.C. |
| TGomez@ForThePeople.com | 700 Milam Street, Suite 2700 |
| Lsommers@ForThePeople.com | Houston, Texas 77002 |
| *Attorney for Plaintiff* | Telephone: (713) 222-4015 |
| | Facsimile: (713) 222-1475 |
| | Service Email: Conns@munsch.com |